UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| T. MATTHEW PHILLIPS, | Case No. 2:25-cv-01464-GMN-NJK |
|---|---|
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| HON. MARI PARLADE, | |
| Defendant(s). | |

Plaintiff filed this lawsuit on the grounds that the judge presiding over state court family law proceedings relied on artificial intelligence to craft her rulings. *See* Docket No. 1. Concurrently herewith, the undersigned is issuing a report and recommendation that this case be dismissed with prejudice. Given the overarching circumstances, the Court also separately issues this order to show cause why Plaintiff should not be declared a vexatious litigant.[1]

District courts have the power to enter pre-filing orders against vexatious litigants pursuant to the All Writs Act, 28 U.S.C. § 1651(a). "Flagrant abuse of the judicial process cannot be tolerated because it enables one person to preempt the use of judicial time that properly could be used to consider the meritorious claims of other litigants." *De Long v. Hennessey*, 912 F.2d 1144, 1148 (9th Cir. 1990). In determining whether a pre-filing order is appropriate, the Ninth Circuit has outlined four factors for this Court to consider. First, the litigant must be given notice and a chance to be heard. *Id.* Second, this Court must compile an adequate record for review. *Id.* Third, this Court must make substantive findings about the frivolous or harassing nature of the plaintiff's litigation. *Id.* Fourth, any pre-filing order must be narrowly tailored to closely fit the specific vice encountered. *Id.*

---

[1] Plaintiff is an attorney licensed in California. Although he is appearing *pro se* in this case, he is entitled to no leniency as such. *See, e.g.*, *Huffman v. Lindgren*, 81 F.4th 1016, 1020-21 (9th Cir. 2023).

1

Plaintiff is a disgruntled litigant in state court family law proceedings. This is at least Plaintiff's <u>tenth</u> case filed in federal court predicated on allegations of judicial or other misconduct related to state court. *See also Phillips v. Ochoa*, Case No. 2:20-cv-00272-JAD-VCF (D. Nev. Feb. 7, 2020) (case brought against state court judge, county, and state); *Phillips v. Duckworth*, Case No. 2:20-cv-2345-RFB-NJK (D. Nev. Dec. 29, 2020) (case brought against state court judge, clerk of court, state court administrator, and state court administrative agency); *Phillips v. Truby*, Case No. 2:21-cv-00358-KJD-EJY (D. Nev. Mar. 2, 2021) (case brought against director of family support division of district attorney's office, DMV director, and state attorney general); *Phillips v. Ochoa*, Case No. 2:21-cv-00483-APG-NJK (D. Nev. Mar. 24, 2021) (case brought against state court judges and state attorney general); *Shahroki v. Harter*, Case No. 2:21-cv-00557-APG-BNW (D. Nev. Apr. 5, 2021) (case brought against state court judge);[2] *Phillips v. Vincent Ochoa*, Case No. 2:21-cv-01127-RFB-NJK (D. Nev. June 14, 2021) (case brought against state court judge, Plaintiff's ex-wife, and her counsel); *Phillips v. Henderson*, Case No. 2:24-cv-00594-DJA (D. Nev. Mar. 27, 2024) (case brought against state court judge, law clerk, judicial executive assistant, and state court itself); *Phillips v. Henderson*, Case No. 2:24-cv-00859-JAD-BNW (D. Nev. May 7, 2024) (case brought against state court judge); *Phillips v. Ochoa*, Case No. 2:24-cv-2086-RFB-BNW (D. Nev. Dec. 16, 2022) (case brought against state court judge, state court itself, county, district attorney, deputy district attorney, attorney, and Plaintiff's ex-wife). Despite the many federal cases Plaintiff has brought against state court actors, he has achieved success in none of them either from this Court or from the Ninth Circuit. Plaintiff apparently remains undeterred, however, filing another suit against a state court judge that Plaintiff cannot possibly win.

---

[2] This case had two plaintiffs, one of which was T. Matthew Phillips.

Accordingly, Plaintiff is **ORDERED** to show cause in writing, no later than August 25, 2025, why he should not be declared a vexatious litigant subject to a pre-filing order for any cases related to state court proceedings or brought against anyone affiliated with the state court system.

IT IS SO ORDERED.

Dated: August 11, 2025

_____
Nancy J. Koppe
United States Magistrate Judge