UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

T. MATTHEW PHILLIPS,

    Plaintiff(s),

v.

MARI PARLADE,

    Defendant(s).

Case No. 2:25-cv-01464-GMN-NJK

**Order**

[Docket No. 8]

Pending before the Court is Plaintiff's motion to be permitted to file electronically. Docket No. 8.[1]

Electronic filing by *pro se* parties is a privilege granted by the Court that is subject to the Court's inherent authority in managing its docket. *See Silver v. Wolfson*, 2019 U.S. Dist. Lexis 71275, at *3-5 (D. Nev. Apr. 26, 2019) (Leen, J.) (revoking permission for electronic filing based on history of improper filings); *see also Makeen v. Summit Ridge Apt., LLC*, 2024 U.S. Dist. Lexis 104961, at *1 (D. Nev. June 12, 2024) (denying permission for electronic filing based on history of sanctions imposed on the movant).

Plaintiff has a long history of litigation in this courthouse, as noted in the pending order to show cause why he should not be declared a vexatious litigant. *See* Docket No. 7. In the instant motion, Plaintiff represents as follows:

> I have completed the CM/ECF tutorial for e-filing documents. In several other cases, this U.S. District Court has granted permission for me to e-file documents. I am very familiar with e-filing in federal court.

---

[1] Plaintiff is an attorney licensed in California. *See* Docket No. 1 at 1. Attorneys appearing *pro se* are not entitled to liberal treatment of their filings. *See, e.g.*, *Huffman v. Lindgren*, 81 F.4th 1016, 1020-21 (9th Cir. 2023).

Docket No. 8 at 2.  Plaintiff does not, however, acknowledge that he has also had his permission to file electronically revoked in at least two other cases.  *See Phillips v. Ochoa*, No. 2:21-cv-00483-APG-NJK, Docket No. 14 (D. Nev. Apr. 14, 2021); *Phillips v. Duckworth*, Case No. 2:20-cv-02345-RFB-NJK, Docket No. 13 (D. Nev. Apr. 6, 2021); *see also id.*, Docket No. 32 (denying motion for reconsideration that failed to address why permission should be granted to file electronically when it had been revoked earlier).

        The pending motion does not account for the previous orders revoking Plaintiff's permission to file electronically.  Having been provided no explanation as to why the privilege of filing electronically should be extended given the previous revocation orders, the Court **DENIES** without prejudice Plaintiff's motion to be permitted to file electronically.

        IT IS SO ORDERED.

        Dated: August 13, 2025

                                                                     Nancy J. Koppe
                                                                      United States Magistrate Judge