# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

T. Matthew Phillips,

    Plaintiff(s),

v.

Mari Parlade,

    Defendant(s).

Case No. 2:25-cv-01464-GMN-NJK

**Order**

[Docket No. 13]

In light of the pending recommendation that this case be dismissed with prejudice and without leave to amend, Docket No. 6; *see also* Docket No. 10 (objection), the Court **DENIES** without prejudice Plaintiff's motion for leave to amend, Docket No. 13.

IT IS SO ORDERED.

Dated: March 9, 2026

                                                          _____
Nancy J. Koppe
United States Magistrate Judge